Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANA LORING DOSS, JR., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant | Case No:  2:17-cv-00835-EFB <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br> [Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a motion for summary judgment; and

WHEREAS, an additional extension of 21 days is appropriate to file Plaintiff's motion for summary judgment until February 11, 2018 is required due to limited support staff familiar with the case over the holidays and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of time for Plaintiff to draft and file his motion for summary judgment in this action.  The revised due date for the filing of the motion for

summary judgment is February 11, 2018.  This is the Plaintiff's second request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>URMILA TAYLOR<br>Special Assistant United States Attorney |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Urmila Taylor<br>Urmila Taylor<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail) |

SO ORDERED.

DATED:  January 29, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order